WRIGHT, FINLAY & ZAK, LLP
Dana Jonathan Nitz, Esq.
Nevada Bar No. 0050
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7970; Fax: (702) 946-1345
srubin@wrightlegal.net
*Attorneys for Defendant, Ocwen Mortgage Servicing, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JACK WATERS,<br><br>            Plaintiff,<br><br>vs.<br><br>OCWEN MORTGAGE SERVICING, INC.,<br><br>            Defendant. | Case No.:  2:17-cv-01082-RFB-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Defendant OCWEN MORTGAGE SERVICING, INC. ("OCWEN"), not having filed or served an answer or a motion for summary judgment, and the Plaintiff in the above-entitled action, as to Defendant OCWEN, hereby stipulate to authorize and direct the Clerk

/././

/././

/././

/././

/././

/././

1

of the Court to enter a judgment of dismissal with prejudice, against Defendant OCWEN.

IT IS SO STIPULATED.

DATED this 20th day of July, 2017.                    DATED this 20th day of July, 2017.

WRIGHT, FINLAY & ZAK, LLP                             HAINES & KRIEGER, LLC
*/s/ Stacy H. Rubin*                                  */s/ David H. Krieger*
Stacy H. Rubin, Esq.                                  David H. Krieger, Esq.
Nevada Bar No. 9298                                   Nevada Bar No. 9086
7785 W. Sahara Ave., Suite 200                        8985 S. Eastern Avenue, Suite 350
Las Vegas, NV, 89117                                  Henderson, NV 89123
*Attorneys for Defendant, Ocwen Mortgage              Attorney for Plaintiff, Jack Waters*
Servicing, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: \_\_July 21, 2017_____

2